1  THOMAS H. CLARKE, JR. (SBN 47592)
   DENNIS J. BYRNE (SBN 172618)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   333 Market Street, Suite 3150
3  San Francisco, CA  94105
   Telephone:   (415) 543-4800
4  Facsimile:   (415) 274-6301

5  Attorneys for Plaintiff
   PACIFIC GAS & ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PACIFIC GAS & ELECTRIC COMPANY, | CASE NO.  2:05-CV-01180-DFL-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT** |
| JESSE M. LANGE DISTRIBUTOR, INC., | |
| Defendant. | |

Plaintiff the Pacific Gas & Electric Company ("Plaintiff") and Defendants John Crowston, Rebecca Crowston, and Jesse M. Lange Distributors, Inc. ("Defendants"), agree and stipulate that Defendants shall have until and including August 22, 2005 to file and serve a responsive pleading to Plaintiff's Complaint.

Defendants further agrees and stipulates to waive any defect involving the service of process herein, including any failure to comply with Rule 4, F.R.C.P.

IT IS SO STIPULATED AND AGREED TO BY:


DATED: July ___, 2005          By: _____
                                    JOHN CROWSTON

- 1 -   STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT

SF/185348.1/NL2

DATED: July ____, 2005          By: _____
                                     REBECCA CROWSTON

DATED: July ___, 2005           _____
                                For:  JESSE M. LANGE DISTRIBUTOR, INC.
                                By:   JOHN CROWSTON
                                Its:  President

DATED: July ___, 2005           ROPERS, MAJESKI, KOHN and BENTLEY LLP


                                By: _____
                                     THOMAS H. CLARKE, JR.
                                     Attorneys for Plaintiff
                                     PACIFIC GAS & ELECTRIC COMPANY

SF/181843.3/NL2                          - 2 -           STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JESSE M. LANGE DISTRIBUTOR, INC.,<br><br>Defendant. | CASE NO.  2:05-CV-01180-DFL-KJM<br><br>**STIPULATION AND ORDER** |

### **ORDER**

The Stipulation Regarding Time to Respond to Complaint is approved.

DATED:  7/22/2005

_____
DAVID F. LEVI
United States District Judge

SF/181843.3/NL2                                                    - 3 -                              STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

SF/181843.3/NL2 - 4 - STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT