1  M. Taylor Florence, SBN 159695
   Darrin M. Menezes, SBN 202729
2  BULLIVANT HOUSER BAILEY PC
   11335 Gold Express Drive, Suite 105
3  Gold River, California  95670-6310
   Telephone: 916.852.9100
4  Facsimile: 916.852.5777

5  Attorneys for Defendants JESSE M. LANGE
   DISTRIBUTOR, INC., JOHN M.
6  CROWSTON, REBECCA CROWSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| PACIFIC GAS & ELECTRIC COMPANY, | Case No.: 2:05-CV-01180 DFL/KJM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF PACIFIC GAS & ELECTRIC COMPANY'S COMPLAINT** |
| vs. | |
| JESSE M. LANGE DISTRIBUTOR, INC., et al, | |
| Defendants. | |

IT IS SO ORDERED that the time for filing of a response by Defendants Jesse M. Lange Distributor, Inc., John Crowston, and Rebecca Crowston, to Plaintiff's Complaint be and hereby is extended to August 26, 2005.

Dated: 8/26/2005

_____
DAVID F. LEVI
United States District Judge

– 1 –

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
PACIFIC GAS & ELECTRIC COMPANY'S COMPLAINT

**PROOF OF SERVICE**

United States District County, Eastern District, Case No.   2:05-CV-01180 DFL/KJM
Pacific Gas & Electric Company  v. Jesse M. Lange Distributor, Inc.

     I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 11335 Gold Express Drive, Suite 105, Gold River, California 95670.  I am over the age of 18 years and not a party to the within cause. On the date specified below, following ordinary business practice, I served the foregoing document(s) described as:

**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF PACIFIC GAS & ELECTRIC COMPANY'S COMPLAINT**

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

| *Representing Plaintiff*: | *Representing Shell Oil Compay:* |
|---|---|
| Thomas H. Clarke | William D. Temko |
| Dennis J. Bryne | Hojoon Hwang |
| Ropers, Majeski, Kohn & Bentley | Munger Tolles & Olson LLP |
| 333 Market Street, Suite 3150 | 355 South Grand Avenue, 35th Floor |
| San Francisco, CA.  94105 | Los Angeles, CA.  90071 |
| Tel: 415 543-4800 | Tel: 213 683-9100 |
| Fax: 415 274-6301 | Fax: 213 687-3702 |
| | |
| Juan Jayo | |
| Margaret Pietras | |
| Pacific Gas and Electric company | |
| P.O. Box 7442 | |
| San Francisco, CA.  94120 | |
| Tel: 415 973-2193 | |

\_\_\_\_\_ (**BY MAIL**) I caused such envelope(s) **NOTED ABOVE** with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Gold River, California.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

\_\_\_\_\_ (**BY PERSONAL SERVICE**) I caused such envelope(s) **NOTED ABOVE**  to be hand-delivered by an authorized attorney messenger service, this date to the offices of the addressee(s).

\_\_\_\_\_ (**BY FEDERAL EXPRESS**) I caused such envelope(s) to be delivered in a sealed Federal Express package, delivery fees for which are billed to this firm's account, to a Federal Express office for next-morning delivery.  I am readily familiar with the business practices of my employer for the collection and processing of correspondence for mailing with Federal Express delivery service.

\_\_X\_\_ (**BY FACSIMILE**) I personally transmitted the aforementioned document, via facsimile machine, to each of the above listed parties' FAX numbers between the hours of 9:00 a.m. and 5:00 p.m. on _____, and received verification thereafter of each complete transmission.

[X] (**State**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x ] (**Federal**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 26, 2005, at Gold River, California.

                                    _____
                                         Janet A. Schultz

**Error! Unknown document property name.**