UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>JESSIE M. LANGE, INC.,<br><br>                Defendant. | CASE NO.  2:05-CV-01180-DFL-KJM<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE FRCP 26(f) REPORT** |

     The request of Plaintiff PACIFIC GAS & ELECTRIC CO. having been considered and good cause appearing,

IT IS ORDERED that the parties shall submit the report mandated by FRCP 26(f) by October 17. 2005.

                                                                      /s/ David F. Levi
                                                         Honorable David F. Levi, Judge
                                                          U.S. District Court: Eastern District California

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco