**OK/HAV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS and ELECTRIC COMPANY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JESSE M. LANGE DISTRIBUTOR, INC., JOHN P. CROWSTON, REBECCA CROWSTON, CENTER LAND CO., INC., CENTER LAND CO. OF TEXAS, INC., MICHAEL R. CURRY, SHELL OIL COMPANY, and DOES 1 THROUGH 100,<br><br>                    Defendants. | CASE NO.  2:05-CV-01180 DFL/KJM<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATE** |

The stipulation of plaintiff PACIFIC GAS & ELECTRIC CO. and defendant SHELL OIL COMPANY to continue having been considered and good cause appearing;

IT IS ORDERED that the hearing on Defendant's Motion To Dismiss Second Cause Of Action And To Strike Certain Portions Of Complaint For Damages And Injunctive Relief; Memorandum Of Points & Authorities In Support Thereof and Motion for a More Definite Statement shall be continued from September 28, 2005, at 10:00 a.m. to October 19, 2005, at 10:00 a.m.

Dated:  September 26, 2005.            /s/ David F. Levi
                                       Honorable David F. Levi, Judge
                                       U.S. District Court:  Eastern Division  California