THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:   (415) 543-4800
Facsimile:    (415) 972-6301

Attorneys for Plaintiff
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>JESSE M. LANGE DISTRIBUTOR, INC. et al.,<br><br>           Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 2:05-CV-01180 RRB-KJM<br><br>**JOINT APPLICATION OF ALL PARTIES FOR MODIFICATION OF SCHEDULING ORDER PERTAINING TO EXPERT DISCLOSURE; PROPOSED ORDER THEREON**<br><br>TRIAL DATE:    February 23, 2009<br><br>ACTION FILED: June 14, 2005 |

All parties, by their undersigned counsel, hereby apply for an order modifying the Scheduling Order entered by this Court on December 1, 2006, to postpone the disclosure of experts from January 18, 2008, to June 23, 2008.

In support of this Application, the parties state as follows:

The California Regional Water Quality Control Board has ordered defendants J.M. Lange Distributor, Inc. and the Crowstons to initiate site characterization and remedial activities. These site characterization activities will, if carried out, provide additional information that will be relevant to the litigation herein. The remedial activities, if carried out, will assist with ameliorating the contamination that has affected the soil and groundwater in the impacted area at

PDF created with pdfFactory trial version www.pdffactory.com

1  issue in this action.

2      All parties in this litigation believe that postponing the expert disclosure date will improve
3  the information available to experts and will likely assist the parties in addressing a potential
4  resolution of the litigation short of trial.

5      As provided in the Scheduling Order, discovery of percipient witnesses is not scheduled to
6  close until September 12, 2008 and the trial of this matter is not scheduled to commence until
7  February 23, 2009.  Accordingly, the parties believe that postponing the disclosure of experts
8  until June 23, 2008 will not delay the completion of discovery or the trial of this action.

9      For these reasons, all parties join in requesting that this Application be granted.

10 Dated: October _____, 2007    ROPERS, MAJESKI, KOHN & BENTLEY

12 By:_____
13   THOMAS H. CLARKE, JR.
  TIMOTHY A. DOLAN
14   Attorneys for Plaintiff
  PACIFIC GAS AND ELECTRIC
15   COMPANY

16 Dated: October _____, 2007    LAW OFFICE OF GEOFFREY WM. STEELE

19 By:_____
  GEOFFREY W. STEELE
20   Attorneys for
  CENTER LAND COMPANY, CENTER
  LAND COMPANY OF TEXAS, INC.,
21   and MICHAEL R. CURRY

22 Dated: October _____, 2007    BULLIVANT HOUSER BAILEY
23   A Professional Corporation

24 By:_____
25   JOHN JUSTIN McKENNA
  M. TAYLOR FLORENCE
  Attorneys for
26   JESSE LANGE DISTRIBUTORS, INC.,
  REBECCA CROWSTON, and JOHN P.
27   CROWSTON

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

USDC EDCA NO. 05-1180 RRB-KJM   - 2 -   JOINT APPLICATION FOR MODIFICATION OF SCHEDULING ORDER PERTAINING TO EXPERT DISCLOSURE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October _____, 2007         MUNGER, TOLLES & OLSON, LLP

By: _____
    PATRICK J. CAFFERTY JR.
    WILLIAM D. TEMKO
    Attorneys for
    SHELL OIL COMPANY

Upon consideration of the foregoing Application, and good cause appearing therefore, it is hereby **ORDERED** that the Scheduling Order in this action is hereby modified to postpone the date for the designation of experts by all parties from January 18, 2008, to June 23, 2008.

**IT IS SO ORDERED.**

Dated:  October 25, 2007

/s/ Ralph R. Beistline_____
Hon. Ralph R. Beistline, Judge
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com