M. Taylor Florence, SBN 159695
J. Justin McKenna, SBN 238311
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendants and Cross-Claimants
JESSE M. LANGE DISTRIBUTOR, INC.,
JOHN P. CROWSTON, REBECCA
CROWSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JESSE M. LANGE DISTRIBUTOR, INC., et al,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS CLAIMS | Case No.: 2:05-CV-01180-RRB-KJM<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER**<br><br>Date:　June 4, 2008<br>Time:　9:00 a.m.<br>Dept.:　Courtroom 6, 14th Floor<br>Judge:　Hon. John A. Mendez |

　　　Plaintiff Pacific Gas & Electric Company, and Defendants Jesse M. Lange Distributor, Inc., John Crowston and Rebecca Crowston stipulate to and respectfully request that the court continue the previously scheduled hearing on Plaintiff's Motion for Summary Judgment currently set for June 4, 2008 to June 18, 2008, at 9:00 a.m. in Courtroom 6, 14th Floor, before the Honorable John A. Mendez. This stipulation extends the time for Defendants Jesse M. Lange Distributor, Inc., John Crowston and Becky Crowston to file an opposition to Plaintiff's Motion for Summary Judgment from May 16, 2008 to May 30, 2008.

///
///
//

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2

3  DATED: May 9, 2008                     BULLIVANT HOUSER BAILEY PC

4

5                                          By        / S /         /
6                                              M. Taylor Florence, SBN 159695
                                                J. Justin McKenna, Jr., SBN 238311
7
                                            Attorneys for Defendants JESSE M. LANGE
                                            DISTRIBUTOR, INC. JOHN P. CROWSTON,
8                                           REBECCA CROWSTON

9

10 DATED:  May __, 2008                   ROPERS, MAJESKI, KOHN & BENTLEY

11

12

13                                         By        / S /         /
                                                Thomas H. Clarke, Jr., SBN 47592
14                                              Timothy A. Dolan, SBN 209674

15                                          Attorneys for Plaintiff PACIFIC GAS and
                                            ELECTRIC COMPANY
16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause appearing, it is so ORDERED that the hearing on Plaintiff's Motion for Summary Judgment currently set for June 4, 2008 at 9:00 a.m. is continued to June 18, 2008, at 9:00 a.m. in Courtroom 6, 14th Floor.

DATED: May 12, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

10556539.1