THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105

Telephone:      (415) 543-4800
Facsimile:      (415) 972-6301

Attorneys for Plaintiff
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>JESSE M. LANGE DISTRIBUTOR, INC. et al.,<br><br>                    Defendants,<br><br>AND RELATED CROSS-ACTIONS. | CASE NO.  2:05-CV-01180 JAM-KJM<br><br>**JOINT APPLICATION OF ALL PARTIES FOR MODIFICATION OF SCHEDULING ORDER; ORDER THEREON**<br><br>CURRENT TRIAL DATE: February 23, 2009<br><br>ACTION FILED:          June 14, 2005 |

         All parties, by their undersigned counsel, hereby apply for an order modifying the

Scheduling Order entered by this Court on December 1, 2006, and modified on or about Oct. 24,

2007, to postpone the noted dates as set forth herein.

         In support of this Application, the parties state as follows:

         The California Regional Water Quality Control Board has ordered defendants J.M. Lange

Distributor, Inc. and the Crowstons to initiate site characterization and remedial activities.

Although the shallow aquifer has been characterized, the intermediate zone is only partially

characterized, and the deep zone aquifer has not been characterized to date.  The characterization

of the intermediate and deep zone aquifers will, if carried out, provide additional information that

will be highly relevant to the litigation herein.  The remedial activities, if carried out, also will

USDC EDCA NO. 05-1180 JAM-KJM           - 1 -           JOINT APPLICATION FOR MODIFICATION
OF SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1  assist in ameliorating the contamination that has affected the soil and groundwater in the

2  impacted area at issue in this action.  Lange recently caused a remedial system to go online to

3  address the contamination on the Lange (but not on the PG&E) property and the shallow aquifer

4  beneath same.  Remedial activities have not yet been undertaken in the intermediate or deep zone

5  aquifers.

6  　　　　All parties in this litigation believe that postponing the dates will improve the information

7  available to experts and will likely assist the parties in addressing a potential resolution of the

8  litigation short of trial.

9  　　　　As provided in the current Scheduling Order, the following are the relevant dates at

10  present:

11  　　　　6/23/08:　　　Expert disclosure to be made

12  　　　　9/12/08:　　　Last day for non-expert discovery

13  　　　　10/22/08:　　Last day to file dispositive motions

14  　　　　1/9/09:　　　Final Pretrial Conference

15  　　　　2/23/09:　　　Trial starts

16  　　　　The parties thus request that each of these dates be continued as noted hereinbelow, and

17  that the expert disclosure date be placed after the close of non-expert disclosure so that the

18  experts may take the testimony of percipient witnesses and other discovery into account in the

19  formation of their opinions.  As such, the parties propose that the scheduling order set the dates as

20  follows:

21  　　　　3/16/09:　　　Last day for non-expert discovery

22  　　　　6/15/09:　　　Expert disclosure to be made

23  　　　　8/12/09:　　　Last day to file dispositive motions

24  　　　　9/9/09:　　　Hearing date for dispositive motions at 9:00 A.M.

25  　　　　10/2/09:　　　Joint pretrial statement to be filed.

26  　　　　10/9/09:　　　Final Pretrial Conference at 3:00 P.M.

27  　　　　12/7/09:　　　Trial starts at 8:30 A.M.

28  　　　　For these reasons, all parties join in requesting that this Application be granted.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

PDF created with pdfFactory trial version www.pdffactory.com

/ / /

/ / /

Dated: May _ , 2008                    ROPERS, MAJESKI, KOHN & BENTLEY


By:_____
     THOMAS H. CLARKE, JR.
     TIMOTHY A. DOLAN

     Attorneys for Plaintiff
     PACIFIC GAS AND p
     ELECTRIC COMPANY

Dated: May _ , 2008                    LAW OFFICE OF GEOFFREY WM. STEELE


By:_____
     GEOFFREY W. STEELE

     Attorneys for
     CENTER LAND COMPANY, CENTER
     LAND COMPANY OF TEXAS, INC., and
     MICHAEL R. CURRY

Dated: May __, 2008                    BULLIVANT HOUSER BAILEY
                                       A Professional Corporation


By:_____
     JOHN JUSTIN McKENNA
     M. TAYLOR FLORENCE

     Attorneys for
     JESSE LANGE DISTRIBUTORS, INC.,
     REBECCA CROWSTON, and JOHN P.
     CROWSTON

Dated: May _ , 2008                    MUNGER, TOLLES & OLSON, LLP


By:_____
     PATRICK J. CAFFERTY JR.
     WILLIAM D. TEMKO

     Attorneys for
     SHELL OIL COMPANY

/ / /

USDC EDCA NO. 05-1180 JAM-KJM        - 3 -        JOINT APPLICATION FOR MODIFICATION
                                                  OF SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1    / / /

2

3          Upon consideration of the foregoing Application, and good cause appearing therefore, it is

4    hereby **ORDERED** that the Scheduling Order in this action is modified as follows:

5          3/16/09:      Last day for non-expert discovery

6          6/15/09:      Expert disclosure to be made

7          8/12/09:      Last day to file dispositive motions

8          9/9/09:       Hearing date for dispositive motions at 9:00 A.M.

9          10/2/09:      Joint pretrial statement to be filed.

10         10/9/09:      Final Pretrial Conference at 3:00 P.M.

11         12/7/09:      Trial starts at 8:30 A.M.

12

13         **IT IS SO ORDERED AS MODIFIED BY THE COURT.**

14   Dated:  May 12, 2008

15                                              /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
16                                              JUDGE, UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

USDC EDCA NO. 05-1180 JAM-KJM          - 4 -          JOINT APPLICATION FOR MODIFICATION
                                                       OF SCHEDULING ORDER