1  M. Taylor Florence, SBN 159695
   J. Justin McKenna, Jr., SBN 238311
2  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
3  Sacramento, California  95814
   Telephone: 916.930.2500
4  Facsimile: 916.930.2501

5  Attorneys for Defendants JESSE M. LANGE
   DISTRIBUTOR, INC., JOHN CROWSTON,
6  REBECCA CROWSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC GAS and ELECTRIC COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>JESSE M. LANGE DISTRIBUTOR, INC., ET AL.,<br><br>        Defendants. | Case No.: 2:05-CV-01180-JAM-KJM<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER**<br><br>Date:   June 18, 2008<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 6, 14th Floor<br>Judge:  Hon. John A. Mendez |

Plaintiff Pacific Gas & Electric Company, and Defendants Jesse M. Lange Distributor, Inc., John Crowston and Rebecca Crowston stipulate to and respectfully request that the court continue the previously scheduled hearing on Plaintiff's Motion for Summary Judgment currently set for June 18, 2008 to August 20, 2008, at 9:00 a.m. in Courtroom 6, 14th Floor, before the Honorable John A. Mendez.  The parties are currently in settlement discussions, thus warranting a further continuance of this hearing.  This stipulation extends the time for Defendants Jesse M. Lange Distributor, Inc., John Crowston and Becky Crowston to file an opposition to Plaintiff's Motion for Summary Judgment from May 30, 2008 to August 1, 2008.

///

///

///

– 1 –

STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | |
| 3 | DATED: May 29, 2008 | BULLIVANT HOUSER BAILEY PC |
| 4 | | |
| 5 | | |
| 6 | | By _____/S/_____ /<br>M. Taylor Florence, SBN 159695<br>J. Justin McKenna, Jr., SBN 238311 |
| 7 | | |
| 8 | | Attorneys for Defendants JESSE M. LANGE DISTRIBUTOR, INC. JOHN P. CROWSTON, REBECCA CROWSTON |
| 9 | | |
| 10 | | |
| 11 | DATED:  May 29, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 12 | | |
| 13 | | By _____/S/_____ /<br>Thomas H. Clarke, Jr., SBN 47592<br>Timothy A. Dolan, SBN 209674 |
| 14 | | |
| 15 | | Attorneys for Plaintiff PACIFIC GAS and ELECTRIC COMPANY |
| 16 | | |

– 2 –

STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2   Good cause appearing, it is so ORDERED that the hearing on Plaintiff's Motion for
3 Summary Judgment currently set for June 18, 2008 at 9:00 a.m. is continued to August 20,
4 2008, at 9:00 a.m. in Courtroom 6, 14th Floor.

5

6 DATED: May 30, 2008

7

8                                By  /s/ John A. Mendez
                                       HON. JAMES A. MENDEZ
9                                      UNITED STATES DISTRICT JUDGE

10

13 10587505.1

– 3 –
STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com