M. Taylor Florence, SBN 159695
E-Mail: taylor.florence@bullivant.com
Kevin Hughey, SBN 197323
E-Mail: kevin.hughey@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California  95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendants JESSE M. LANGE
DISTRIBUTOR, INC., JOHN CROWSTON,
REBECCA CROWSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC GAS and ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE M. LANGE DISTRIBUTOR, INC., ET AL.,<br><br>Defendants. | Case No.: 2:05-CV-01180-JAM-KJM<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |

Plaintiff Pacific Gas & Electric Company, and Defendants Jesse M. Lange Distributor, Inc., John Crowston and Rebecca Crowston stipulate to and respectfully request that the court continue the previously scheduled hearing on Plaintiff's Motion for Summary Judgment currently set for August 20, 2008 to October 1, 2008, at 9:00 a.m. in Courtroom 6, 14th Floor, before the Honorable John A. Mendez.  The parties are currently in settlement discussions, thus warranting a further continuance of this hearing.  This stipulation extends the time for Defendants Jesse M. Lange Distributor, Inc., John Crowston and Becky Crowston to file an opposition to Plaintiff's Motion for Summary Judgment from August 1, 2008 to September 12, 2008.

///

///

– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

DATED:  July 30, 2008

BULLIVANT HOUSER BAILEY PC

By _____/S/_____/
   M. Taylor Florence (SBN 159695)
   Kevin Hughey (SBN 197323)

Attorneys for Defendants JESSE M. LANGE
DISTRIBUTOR, INC., JOHN CROWSTON,
REBECCA CROWSTON

DATED:  July 30, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By _____/S/_____/
   Thomas H. Clarke, Jr., SBN 47592
   Timothy A. Dolan, SBN 209674

Attorneys for Plaintiff PACIFIC GAS and
ELECTRIC COMPANY

## ORDER

Good cause appearing, it is so ORDERED that the hearing on Plaintiff's Motion for Summary Judgment currently set for August 20, 2008 at 9:00 a.m. is continued to October 1, 2008, at 9:00 a.m. in Courtroom 6, 14th Floor.

DATED:  July 30, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

10696210.1

– 2 –

PDF created with pdfFactory trial version www.pdffactory.com