M. Taylor Florence, SBN 159695
E-Mail: taylor.florence@bullivant.com
Kevin Hughey, SBN 197323
E-Mail: kevin.hughey@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendants JESSE M. LANGE DISTRIBUTOR, INC., JOHN CROWSTON, REBECCA CROWSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC GAS and ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE M. LANGE DISTRIBUTOR, INC., ET AL.,<br><br>Defendants. | Case No.: 2:05-CV-01180-JAM-KJM<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |

Plaintiff Pacific Gas & Electric Company, and Defendants Jesse M. Lange Distributor, Inc., John Crowston and Rebecca Crowston stipulate to and respectfully request that the court continue the previously scheduled hearing on Plaintiff's Motion for Summary Judgment currently set for October 1, 2008 to November 5, 2008, at 9:00 a.m. in Courtroom 6, 14th Floor, before the Honorable John A. Mendez.  The parties are currently in settlement discussions, thus warranting a further continuance of this hearing.  This stipulation extends the time for Defendants Jesse M. Lange Distributor, Inc., John Crowston and Becky Crowston to file an opposition to Plaintiff's Motion for Summary Judgment from September 12, 2008 to October 17, 2008.

///

///

– 1 –
STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

DATED: August 29, 2008         BULLIVANT HOUSER BAILEY PC

By _____/S/_____/
Taylor Florence (SBN 159695)
Kevin Hughey (SBN 197323)

Attorneys for Defendants JESSE M. LANGE DISTRIBUTOR, INC., JOHN CROWSTON, REBECCA CROWSTON

DATED: August 29, 2008         ROPERS, MAJESKI, KOHN & BENTLEY

By _____/S/_____/
Thomas H. Clarke, Jr., SBN 47592
Timothy A. Dolan, SBN 209674

Attorneys for Plaintiff PACIFIC GAS and ELECTRIC COMPANY

## **ORDER**

Good cause appearing, it is so ORDERED that the hearing on Plaintiff's Motion for Summary Judgment currently set for October 1, 2008 at 9:00 a.m. is continued to November 5, 2008, at 9:00 a.m. in Courtroom 6, 14th Floor.

DATED: September 2, 2008

By /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

10753444.1

– 2 –
STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com