1  M. Taylor Florence, SBN 159695
   E-Mail: taylor.florence@bullivant.com
2  Kevin Hughey, SBN 197323
   E-Mail: kevin.hughey@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
4  Sacramento, California  95814
   Telephone: 916.930.2500
5  Facsimile: 916.930.2501

6  Attorneys for Defendants JESSE M. LANGE
   DISTRIBUTOR, INC., JOHN CROWSTON,
7  REBECCA CROWSTON

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10                SACRAMENTO DIVISION

11

12  PACIFIC GAS and ELECTRIC COMPANY,        Case No.: 2:05-CV-01180-JAM-KJM

13                  Plaintiff,               **STIPULATION TO CONTINUE
                                             HEARING DATE ON PLAINTIFF'S
                                             MOTION FOR SUMMARY JUDGMENT
14          vs.                              AND ORDER**

15  JESSE M. LANGE DISTRIBUTOR, INC., ET
    AL.,

16                  Defendants.

17

18      Plaintiff Pacific Gas & Electric Company, and Defendants Jesse M. Lange Distributor,

19  Inc., John Crowston and Rebecca Crowston stipulate to and respectfully request that the court

20  continue the previously scheduled hearing on Plaintiff's Motion for Summary Judgment

21  currently set for November 5, 2008 to January 28, 2009, at 9:00 a.m. in Courtroom 6, 14th

22  Floor, before the Honorable John A. Mendez.  The parties have been in settlement discussions

23  and continue making progress towards resolution of the matter, thus warranting a further

24  continuance of this hearing.  This stipulation extends the time for Defendants Jesse M. Lange

25  Distributor, Inc., John Crowston and Becky Crowston to file an opposition to Plaintiff's Motion

26  for Summary Judgment from October 17, 2008 to January 9, 2009.

27  ///

28  ///

– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO STIPULATED.

2
     DATED:  October 14, 2008          BULLIVANT HOUSER BAILEY PC
3

4

5                                      By _____/S/_____
6                                            Taylor Florence (SBN 159695)
                                             Kevin Hughey (SBN 197323)
7
                                       Attorneys for Defendants JESSE M. LANGE
8                                      DISTRIBUTOR, INC., JOHN CROWSTON,
                                       REBECCA CROWSTON
9

10   DATED:  October 14, 2008          ROPERS, MAJESKI, KOHN & BENTLEY

11

12                                     By _____/S/_____
                                             Thomas H. Clarke, Jr. (SBN 47592)
13                                           Timothy A. Dolan (SBN 209674)

14
                                       Attorneys for Plaintiff PACIFIC GAS and
15                                     ELECTRIC COMPANY

16

17                                     **<u>ORDER</u>**

18         Good cause appearing, it is so ORDERED that the hearing on Plaintiff's Motion for

19   Summary Judgment currently set for November 5, 2008 at 9:00 a.m. is continued to January 28,

20   2009, at 9:00 a.m. in Courtroom 6, 14th Floor.

21

22   DATED:  10/15/2008

23

24                                     By  /s/ John A. Mendez_____
                                             HON. JOHN A. MENDEZ
25                                           UNITED STATES DISTRICT JUDGE

26   10850302.1

27

28

– 2 –

PDF created with pdfFactory trial version www.pdffactory.com