M. Taylor Florence, SBN 159695
E-Mail: taylor.florence@bullivant.com
Kevin Hughey, SBN 197323
E-Mail: kevin.hughey@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California  95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendants JESSE M. LANGE DISTRIBUTOR, INC., JOHN CROWSTON, REBECCA CROWSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC GAS and ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE M. LANGE DISTRIBUTOR, INC., ET AL.,<br><br>Defendants. | Case No.: 2:05-CV-01180-JAM-KJM<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |

Plaintiff Pacific Gas & Electric Company, and Defendants Jesse M. Lange Distributor, Inc., John Crowston and Rebecca Crowston stipulate to and respectfully request that the court continue the previously scheduled hearing on Plaintiff's Motion for Summary Judgment currently set for January 28, 2009 to April 22, 2009, at 9:00 a.m. in Courtroom 6, 14th Floor, before the Honorable John A. Mendez.  The parties have been in settlement discussions and continue making progress towards resolution of the matter, thus warranting a further continuance of this hearing.  This stipulation extends the time for Defendants Jesse M. Lange Distributor, Inc., John Crowston and Becky Crowston to file an opposition to Plaintiff's Motion for Summary Judgment from January 9, 2009 to April 3, 2009..

///

///

– 1 –

STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2  DATED: January ___, 2009          BULLIVANT HOUSER BAILEY PC
3

4

5                                    By _____/S/_____
6                                         Taylor Florence (SBN 159695)
                                          Kevin Hughey (SBN 197323)
7
                                     Attorneys for Defendants JESSE M. LANGE
8                                    DISTRIBUTOR, INC., JOHN CROWSTON,
                                     REBECCA CROWSTON
9

10  DATED: January ___, 2009         ROPERS, MAJESKI, KOHN & BENTLEY
11

12                                   By _____/S/_____
                                          Thomas H. Clarke, Jr. (SBN 47592)
13                                        Timothy A. Dolan (SBN 209674)

14                                   Attorneys for Plaintiff PACIFIC GAS and
15                                   ELECTRIC COMPANY

16

17                                   **<u>ORDER</u>**

18   Good cause appearing, it is so ORDERED that the hearing on Plaintiff's Motion for

19  Summary Judgment currently set for January 28, 2009 at 9:00 a.m. is continued to April 22, at

20  9:00 a.m. in Courtroom 6, 14th Floor.

21

22  DATED: January 5, 2009

23

24                                   /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
25                                   UNITED STATES DISTRICT JUDGE

26  10958611.1
27

28

– 2 –
STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com