1  M. Taylor Florence, SBN 159695
   E-Mail: taylor.florence@bullivant.com
2  Kevin Hughey, SBN 197323
   E-Mail: kevin.hughey@bullivant.com
3  Krista J. Dunzweiler, SBN 227384
   E-Mail: krista.dunzweiler@bullivant.com
4  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
5  Sacramento, California  95814
   Telephone: 916.930.2500
6  Facsimile: 916.930.2501

7  Attorneys for Defendants JESSE M. LANGE
   DISTRIBUTOR, INC., JOHN CROWSTON,
8  REBECCA CROWSTON

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO DIVISION

12

13  PACIFIC GAS and ELECTRIC COMPANY,    Case No.: 2:05-CV-01180-JAM-KJM

14              Plaintiff,                **JOINT APPLICATION OF ALL
                                          PARTIES FOR MODIFICATION OF
15       vs.                              THE SCHEDULING ORDER; ORDER
                                          THEREON**
16  JESSE M. LANGE DISTRIBUTOR, INC., ET
    AL.,

17              Defendants.

18

19       All parties, by their undersigned counsel, hereby jointly apply for an order modifying the

20  Scheduling Order entered by this Court on December 1, 2006, and modified on or about October

21  24, 2007, and again on May 12, 2008, so as to continue the date for completion of percipient

22  discovery.

23       WHEREAS, upon order of the Regional Water Quality Control Board, defendant Jesse

24  M. Lange Distributors has initiated and continues with site characterization and remediation

25  activities on both its property and that of plaintiff's.  Additional characterization activities are

26  necessary to further define and evaluate the scope of contamination and most effective means by

27  which to continue remediation.

28

– 1 –

JOINT APPLICATION FOR RELIEF FROM SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, simultaneously with the above, the parties have been and continue to be engaged in productive settlement discussions regarding plausible scenarios for informal resolution of this complex environmental matter.

WHEREAS, trial is scheduled for December 7, 2009, with percipient discovery cut-off set for March 16.

WHEREAS, the parties desire to continue site characterization and remediation efforts, and settlement discussions, without having to shift all available resources to completing percipient discovery by March 16, and therefore wish to extend percipient discovery to May 15, 2009.

NOW THEREFORE, the parties hereby jointly apply for relief from the current Scheduling Order as follows:

Continuation of percipient discovery cut-off from March 16 to May 15, 2009.

DATED: February 16, 2009        ROPERS, MAJESKI, KOHN & BENTLEY


By _____/S/_____
Thomas H. Clarke, Jr.
Timothy A. Dolan
Attorneys for Plaintiff PACIFIC GAS AND ELECTRIC COMPANY

DATED: February 17, 2009        BULLIVANT HOUSER BAILEY PC


By _____/S/_____
M. Taylor Florence
Kevin Hughey
Krista J. Dunzweiler
Attorneys for Defendants JESSE M. LANGE DISTRIBUTOR, INC., JOHN CROWSTON, REBECCA CROWSTON

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: February 11, 2009 | MUNGER TOLLES & OLSON, LLP |
| | By _____/S/_____<br>Patrick J. Cafferty, Jr.<br>Hojoon Hwang<br>Attorneys for Defendant SHELL OIL COMPANY |
| DATED: February 11, 2009 | NEVIN, RAMOS & STEELE |
| | By _____/S/_____<br>Geoffrey Wm. Steele<br>Attorneys for Defendants CENTER LAND COMPANY OF TEXAS, INC. and MICHAEL CURRY |

## ORDER

Upon consideration of the foregoing Application, and good cause appearing therefrom, it is hereby **ORDERED** that the Scheduling Order in this action is modified as follows:

Percipient discovery cut-off is continued from March 16 to May 15, 2009. All other pretrial dates are unchanged.

**IT IS SO ORDERED.**

DATED: February 17, 2009

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

11271209.1

– 3 –

JOINT APPLICATION FOR RELIEF FROM SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com