IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PACIFIC GAS & ELECTRIC,

    Plaintiff,                                  No. CIV S-05-1180 JAM KJM

    vs.

JESSE M. LANGE DIST.,

    Defendant.                               <u>ORDER</u>

_____/

        Defendant's motion to quash came on regularly for hearing March 11, 2009. Thomas Clarke appeared for plaintiff. Mark Wetters appeared for subpoenaed deponent William Crowston. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        The motion to quash is denied except as follows. The deposition of subpoenaed nonparty Crowston shall be limited to three hours, with reasonable breaks. Attendance at the deposition by nonparty Crowston's physician shall be paid for by plaintiff. The deposition shall terminate upon request by the physician should it be determined to be medically necessary.

DATED: March 11, 2009.

_____
U.S. MAGISTRATE JUDGE

006 pge-lange.oah

1