M. Taylor Florence, SBN 159695
E-Mail: taylor.florence@bullivant.com
Kevin Hughey, SBN 197323
E-Mail: kevin.hughey@bullivant.com
Krista J. Dunzweiler, SBN 227384
E-Mail: krista.dunzweiler@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendants JESSE M. LANGE
DISTRIBUTOR, INC., JOHN CROWSTON,
REBECCA CROWSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC GAS and ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE M. LANGE DISTRIBUTOR, INC., ET AL.,<br><br>Defendants. | Case No.: 2:05-CV-01180-JAM-KJM<br><br>**JOINT APPLICATION AND ORDER FOR MODIFICATION OF THE SCHEDULING ORDER** |

All parties, by their undersigned counsel, hereby jointly apply for an order modifying the Scheduling Order entered by this Court on December 1, 2006, and modified on or about October 24, 2007, on May 12, 2008, and on February 17, 2009, so as to continue the dates for the pending motion for summary judgment, percipient discovery, expert discovery, and the trial date.

WHEREAS, upon order of the Regional Water Quality Control Board, defendant Jesse M. Lange Distributors has initiated and continues with site characterization and remediation activities on both its property and that of plaintiff's. Additional characterization activities are necessary to further define and evaluate the scope of contamination and most effective means by which to continue remediation.

– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | WHEREAS, simultaneously with the above, the parties have been and continue to be |
| 2 | engaged in productive settlement discussions regarding plausible scenarios for informal |
| 3 | resolution of this complex environmental matter, including cooperative and mutually beneficial |
| 4 | remediation efforts. |
| 5 | WHEREAS, trial is currently scheduled for December 7, 2009, with percipient discovery |
| 6 | cut-off set for May 15, 2009, expert disclosure deadline set for June 15, 2009, and the motion |
| 7 | for summary judgment to be heard on April 22, 2009, with Defendants' opposition due on April |
| 8 | 3, 2009. |
| 9 | WHEREAS, the parties desire to continue site characterization and remediation efforts, |
| 10 | and settlement discussions, without having to shift all available resources to opposing and |
| 11 | further pursuing the motion for summary judgment which is to be heard on April 22, 2009, and |
| 12 | completing percipient and expert discovery by May 15 and June 15, respectively. |
| 13 | NOW THEREFORE, the parties hereby jointly apply for relief from the current |
| 14 | Scheduling Order as follows: |
| 15 | Continuation of percipient discovery cut-off from May 15, 2009 to July 14, 2009; |
| 16 | Continuation of the motion for summary judgment hearing from April 22, 2009 at 9:00 |
| 17 | a.m. to July 21, 2009 at 9:00 a.m., with Defendants' opposition due on July 2, 2009; |
| 18 | Continuation of the deadline for expert disclosure from June 15, 2009 to October 15, |
| 19 | 2009; |
| 20 | Continuation of the Joint Pre-Trial Statement due date from October 2, 2009 to January |
| 21 | 11, 2010; |
| 22 | Continuation of the Final Pretrial Conference from October 9, 2009 at 3:00 p.m. to |
| 23 | January 19, 2010 at 3:00 p.m.; and |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

PDF created with pdfFactory trial version www.pdffactory.com

Continuation of the Trial date from December 7, 2009 at 8:30 a.m. to March 15, 2010 at 8:30 a.m.

DATED: March 27, 2009   ROPERS, MAJESKI, KOHN & BENTLEY

By    /S/
Thomas H. Clarke, Jr.
Timothy A. Dolan
Attorneys for Plaintiff PACIFIC GAS AND ELECTRIC COMPANY

DATED: March 27, 2009   BULLIVANT HOUSER BAILEY PC

By    /S/
M. Taylor Florence
Kevin Hughey
Krista J. Dunzweiler
Attorneys for Defendants JESSE M. LANGE DISTRIBUTOR, INC., JOHN CROWSTON, REBECCA CROWSTON

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER   [AS MODIFIED BY THE COURT]**

Upon consideration of the foregoing Application, and good cause appearing, it is hereby **ORDERED** that the Scheduling Order in this action is modified as follows:

Percipient discovery cut-off is continued from May 15, 2009 to July 14, 2009;

The hearing on Plaintiff's motion for summary judgment is continued from April 22, 2009 at 9:00 a.m. to July 22, 2009 at 9:00 a.m., with Defendants' opposition due on July 2, 2009;

The deadline for expert disclosure is continued from June 15, 2009 to October 15, 2009;

The deadline for filing the Joint Pre-Trial Statement is continued from October 2, 2009 to January 15, 2010;

The Final Pretrial Conference is continued from October 9, 2009 at 3:00 p.m. to January 22, 2010 at 3:00 p.m.; and

The Trial is continued from December 7, 2009 at 8:30 a.m. to March 15, 2010 at 8:30 a.m.

All other pretrial dates are unchanged.

**IT IS SO ORDERED.**

DATED:  March 27, 2009          /s/ John A. Mendez
                                HON. JAMES A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

11403647.1

PDF created with pdfFactory trial version www.pdffactory.com