ROPERS, MAJESKI, KOHN & BENTLEY
THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301

Attorneys for Plaintiff
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS and ELECTRIC COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>JESSE M. LANGE DISTRIBUTOR, INC., et al.,<br><br>                    Defendants. | CASE NO.  2:05-CV-01180-JAM-KJM<br><br>**STIPULATION AND ORDER** |
| AND RELATED CROSS-ACTIONS. | |

Plaintiff Pacific Gas and Electric Company ("PG&E") and Defendants Jessie M. Lange Distributor, Inc., John P. Crowston and Rebeca Crowston (collectively, "Lange") state as follows:

A.      This action was commenced by PG&E on or about June 13, 2005.  In its action, PG&E contends Lange is responsible for ground water and soil contamination at, under and around real property owned by PG&E and located in Butte County, California.

B.      Lange denies it is liable to PG&E.

C.      PG&E and Lange (the "Parties"), without waiving any cause of action, claim for relief or defense, have determined to settle and terminate this litigation.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

PDF created with pdfFactory trial version www.pdffactory.com

NOW THEREFORE, the Parties stipulate and agree as follows:

1. This action shall be dismissed without prejudice by PG&E within 10 days from the Court's entry of this Stipulation and Order.

2. PG&E and Lange shall each bear their own attorneys' fees and costs.

3. Discovery conducted in this action may, should a future action be filed, be used as though it were taken in the future action.

Date: May_____, 2009            ROPERS, MAJESKI, KOHN and BENTLEY LLP


By:_____
        THOMAS H. CLARKE, JR.
Attorneys for Plaintiff
PACIFIC GAS & ELECTRIC COMPANY


Date: May_____, 2009            BULLIVANT, HOUSER, BAILEY, PC


By:_____
        KEVIN A. HUGHEY
Attorneys for Defendants JESSE M. LANGE
DISTRIBUTORS, INC.,
REBECCA CROWSTON, and JOHN P.
CROWSTON

**IT IS SO ORDERED.**

Dated:  May 19, 2009


**/s/ John A. Mendez_____**
U.S. DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

PDF created with pdfFactory trial version www.pdffactory.com